

```
___✓__ FILED          _____ RECEIVED
_____ ENTERED         _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

        OCT 1 1 2011

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI, | 3:10-cv-00158-ECR-WGC |
| Plaintiffs, | |
| vs. | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On September 22, 2011 the court entered an Order dismissing certain defendants and directing that the remainder of plaintiff's amended complaint shall proceed as set forth in the Screening Order dated October 25, 2010 (docket #32). On October 5, 2011, plaintiff filed a motion for copies and informed the court that he has not received file-stamped copies of certain filings in this action (docket #34). Plaintiff's motion is granted. The Clerk shall send to plaintiff one copy each of docket #s 6, 9, and 29 at his address of record.

**IT IS THEREFORE ORDERED** that plaintiff's motion for copies (docket #34) is **GRANTED.**

**IT IS FURTHER ORDERED** that Clerk shall send to plaintiff at his address of record one copy each of docket #s 6, 9, and 29.

DATED this 11th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

2