## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | 3:10-cv-00158-ECR (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 17, 2012 |
| | ) | |
| HOWARD SKOLNIK, *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      KATIE OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Grant Petition and All Relief.  (Doc. # 52.) In his motion, Plaintiff asserts that there is no pending answer, no scheduling order, and as such, he has been denied discovery.

Plaintiff appears to assert that Defendants have been deficient in responding to Plaintiff's Complaint and asks that his requested relief be granted; however, Defendants filed a Motion for Partial Dismissal.  (Doc. # 40.)  The court has concurrently issued a Report and Recommendation that Defendants' motion (Doc. # 40) be granted in part and denied in part.  Upon resolution of any objections, and the issuance of an order on the Report and Recommendation, the remaining Defendants will be ordered to answer Plaintiff's Complaint. At that time, or if good cause otherwise appears, a scheduling order will be issued and Plaintiff will be allowed to commence discovery. Accordingly, Plaintiff's motion (Doc. # 52) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By:   /s/
        Deputy Clerk