UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI,           ) | |
| )                           | |
| Plaintiff,         ) | 3:10-cv-00158-LRH-WGC |
| )                           | |
| v.                          ) | |
| )                           | O R D E R |
| HOWARD SKOLNIK, *et al.*,   ) | |
| )                           | |
| Defendants.        ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#125[1]) entered on August 5, 2013, recommending denying Plaintiff's Motion Requesting Class Certification (#91) and Request for Appointment of Counsel (#92), both filed on March 25, 2013. Plaintiff filed his Objections to Findings in Class Certification (#129) on August 12, 2013. Defendants filed their Response to Plaintiff's Objections to Findings in Class Certification (#134) on August 20, 2013.

Also before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#127) entered on August 5, 2013, recommending denying Plaintiff's Motion to File Amended/Supplemental and Extended Complaint (#95) filed on April 18, 2013. Plaintiff filed his Objection to Denial of Amend/Supplemental [and Extended Complaint] (#131) on August 16, 2013.

---

[1]Refers to court's docket number.

Defendants have not filed a response to Plaintiff's objections.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered Plaintiff's Objections, Defendants' Response, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendations (#125 and #127) entered on August 5, 2013, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Reports and Recommendations (#125 and #127) entered on August 5, 2013, are adopted and accepted, and Plaintiff's Motion Requesting Class Certification (#91) and Request for Appointment of Counsel (#92) are DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to File Amended/Supplemental and Extended Complaint (#95) is DENIED.

.

IT IS SO ORDERED.

DATED this 25th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2