UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HOWARD SKOLNIK; *et al.*,<br><br>　　　　　　　　Defendants. | 3:10-cv-00158-LRH-WGC<br><br>ORDER |

　　　Before the court is Plaintiff's Objection [to Magistrate Judge Cobb's findings in the September 17, 2013 discovery hearing, *see* doc. #142] (#143[1]), which the court will treat as a motion to reconsider the Magistrate Judge's order. Also before the court is Defendants' Response to Plaintiff's [#143] Objection to Court's (#142) order (#150).

　　　The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

　　　The Magistrate Judge's Minutes of Proceedings (#142) will, therefore, be sustained and Plaintiff's motion (#143) is denied.

　　　IT IS SO ORDERED.

　　　DATED this 9th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1]Refers to this court's docket number.