UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI, | ) |
|     Plaintiff, | )    3:10-cv-00158-LRH-WGC |
| v. | )    O R D E R |
| HOWARD SKOLNIK, *et al.*, | ) |
|     Defendants. | ) |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#161[1]) entered on January 24, 2014, recommending granting in part and denying in part Defendants' Partial Motion to Dismiss and Motion for Partial Summary Judgment (#109) filed on June 24, 2013. Plaintiff filed his Objection to Report and Recommendation of Magistrate Judge (#164) on February 5, 2014, and Defendants filed their Response to Plaintiff's Objection to Court's Report and Recommendation (#166) on February 18, 2014. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant

---

[1] Refers to court's docket number.

matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#161) entered on January 24, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#161) entered on January 24, 2014, is adopted and accepted, and Defendants' Partial Motion to Dismiss and Motion for Partial Summary Judgment (#109) is **GRANTED in part and DENIED in part** as follows:

(1) Defendants' motion to dismiss Count 4 on the basis that Plaintiff failed to exhaust his administrative remedies is **DENIED**; however, the denial is **without prejudice** to permit Defendants to demonstrate that Count 4, or some portion of it, is/are barred by the applicable statute of limitations;

(2) Defendants' motion to dismiss the equal protection claims in Count 7 is **GRANTED** and the claim is **DISMISSED without prejudice** as Plaintiff has failed to properly exhaust his administrative remedies;

(3) Defendants' motion to dismiss Count 9 on the basis that Plaintiff failed to exhaust his administrative remedies is **DENIED**;

(4) Defendants' motion to dismiss Count 13 on the basis that Plaintiff failed to exhaust his administrative remedies is **DENIED**;

(5) Defendants' motion to dismiss Count 14 on the basis that Plaintiff failed to exhaust his administrative remedies is **DENIED**;

(6) Defendants' motion to dismiss Count 16 for failure to exhaust administrative remedies is **GRANTED** and Count 16 is **DISMISSED without prejudice**;

(7) Defendants' motion to dismiss Count 20 for failure to exhaust administrative remedies is **GRANTED** and Count 20 is **DISMISSED without prejudice**;

///

///

(8) Defendants' motion for summary judgment as to Count 1 is **DENIED**; and

(9) Defendants' motion for summary judgment as to Count 2 is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall submit their proposed joint pretrial order pursuant to Local Court Rules 16-3 and 16-4 within thirty (30) days of the entry of this order.

IT IS SO ORDERED.

DATED this 31st day of March, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE