**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>     Plaintiff,<br><br>v.<br><br>HOWARD SKOLNIK, et al.,<br><br>     Defendants. | Case No.  3:10-cv-00158-LRH-WGC<br>Case No.  3:11-cv-00548-LRH-WGC<br>(CONSOLIDATED)<br><br>**ORDER TO PRODUCE PRISONER<br>FOR TRIAL** |

On January 29, 2015, this Court granted Defendants' Motion to Change Venue. (#183). The Court Ordered that the jury trial in the above captioned matter shall be held at the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada 89101, commencing March 17, 2015, at 9:00 a.m. (#190).

IT IS ORDERED that the Nevada Department of Corrections shall temporarily house Joseph Antonetti (#80590) at a southern correctional institution for the purposes of trial as soon as is practicable with his legal property.

IT IS ORDERED that the Nevada Department of Corrections shall produce Joseph Antonetti (#80590) at the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Courtroom 4, Las Vegas, Nevada 89101 on March 17, 2015, and each day of trial thereafter, at 8:30 a.m. until 5:00 p.m., or until the proceeding scheduled in the above-captioned matter is completed, whichever is later; and

IT IS FURTHER ORDERED that the Nevada Department of Corrections make any other necessary arrangements to ensure that Plaintiff Joseph Antonetti (#80590) remains physically present at the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada 89101 from 8:30 a.m. until 5:00 p.m. or for the times ordered by the Court, whether they be more or less, for the duration of the proceedings each day of trial.

IT IS SO ORDERED.

DATED this 26th day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE